1  David C. Wakefield, Esq.     Bar #: 185736
   7851 Mission Center Court, Suite 310
2  San Diego, CA  92108
   Telephone: (619) 858-3671
3  Facsimile: (619) 858-3646                    *E-FILED - 1/13/09*

4  Attorneys for Plaintiff

5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10 ROBERT MCCARTHY,                    Case No.: C08-4361 RMW
                                       ORDER GRANTING
11                                     REQUEST BY PLAINTIFF's COUNSEL
              Plaintiff,               TO APPEAR TELEPHONICALLY AT
12     v.                              CASE MANAGEMENT CONFERENCE
                                       SCHEDULED FOR 1-16-09
13 RP SCS CUPERTINO HOTEL, LLC d.b.a.
14 CYPRESS HOTEL; KIMPTON HOTEL        Hearing Date:  01-16-09
   AND RESTAURANT GROUP, LLC; RP SCS   Time: 10:30AM
15 CUPERTINO HOTEL, LLC; And DOES 1    Courtroom: 6
   THROUGH 10, Inclusive,
16                                     Hon. Ronald M. Whyte
17         Defendants.

18

19

20

21

22

23

24

25     **IT IS HEREBY REQUESTED** by legal counsel, David Wakefield, for Plaintiff

26 **ROBERT MCCARTHY** be permitted to appear telephonically at the Case Management

27 Conference scheduled for January 16, 2009 at 10:30AM in the above referenced matter.  Good

28 cause exists since counsel resides and maintains an office in San Diego, California and counsel

                                            1        Case Number: C08-4361 RMW

Document Date: January 9, 2009

has multiple appearances scheduled on the same date that preclude counsel from personally appearing. Attorney David Wakefield can be reached at his office telephone number 619.858.3671 .

**IT IS SO REQUESTED.**

Dated: 01-09-2009

                                  By:    /S/ David C. Wakefield_____
                                          DAVID C. WAKEFIELD, ESQ.
                                          Attorneys for Plaintiff

Dated: 1/13/09

GRANTED
*Ronald M. Whyte*
Judge Ronald M. Whyte

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Court will initiate the conference call between the hours of 10:30 a.m. to 12:30 p.m. Counsel shall be available for the conference call.

2              Case Number: C08-4361 RMW

Document Date: January 9, 2009

**CERTIFICATE OF PROOF OF SERVICE**
STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

    I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action; my business address is 7851 Mission Center Court, Suite 310, San Diego, California, 92108.
    On this date, I served the following document(s) described as **REQUEST BY PLAINTIFF's COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE SCHEDULED FOR 1-16-09**

on the following parties in this action by:
    __**X**___ **BY ELECTRONIC SERVICE TRANSMISSION** via the United States District Court, Northern District of California, Case Management/Electronic Case Files, Filing System.  I served a copy of the above listed document(s) to the e-mail addresses of the addressee(s) by use of email as identified and maintained therein.

SEYFARTH SHAW LLP
Kari Erickson Levine (State Bar No. 146101)
Eden Anderson (State Bar No. 233464)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Email:  EAnderson@seyfarth.com
Attorneys for Defendants

    ____ **BY MAIL:** placing  _____ the original  __**x**___ a true copy thereof enclosed in sealed enveloped addressed as stated above.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid, mailed at San Diego, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    __**X**___ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.

    **EXECUTED** on January 9, 2009, at San Diego, California.

        By:    /S/ David C. Wakefield_____
              DAVID C. WAKEFIELD

3        Case Number: C08-4361 RMW

Document Date: January 9, 2009