*E-FILED - 3/17/09*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY<br><br>            Plaintiff,<br>     v.<br><br>RP SCS CUPERTINO HOTEL, LLC d.b.a. CYPRESS HOTEL; KIMPTON HOTEL AND RESTAURANT GROUP, LLC; RP SCS CUPERTINO HOTEL, LLC; And DOES 1 THROUGH 10, Inclusive<br>                        Defendants. | Case No.:  C 08-4361 RMW<br><br>ORDER FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY<br><br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

///

///

1   Case Number: C 08-4361 RMW

Document Date: February 16, 2009

1   **IT IS HEREBY ORDERED,** pursuant to the Stipulated Dismissal With Prejudice Of
2   All Defendants on file herein, that Defendants RP SCS CUPERTINO HOTEL, LLC d.b.a.
3   CYPRESS HOTEL; KIMPTON HOTEL AND RESTAURANT GROUP, LLC; RP SCS
4   CUPERTINO HOTEL, LLC be dismissed with prejudice.  Additionally, Plaintiffs' Complaint is
5   dismissed with prejudice in its entirety.
6   **IT IS SO ORDERED.**

8   Dated: _ 3/17/09 ___

   *Ronald M. Whyte*
   _____
   HONORABLE  RONALD M. WHYTE
   UNITED STATES DISTRICT COURT JUDGE

2   Case Number: C 08-4361 RMW

Document Date: February 16, 2009